ALBERT CRISMAN V. THE STATE.

No. 7643.   Decided February 14, 1923.

**Burglary—Heaviest Penalty—Practice on Appeal.**
Notwithstanding the heaviest penalty for ordinary burglary is assessed against appellant the court must presume in the absence of a statement of facts that the evidence warranted the same.

Appeal from the District Court of Grayson.   Tried below before the Honorable F. E. Wilcox.

Appeal from a conviction of burglary; penalty, twelve years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Upon conviction for burglary, punishment was assessed against appellant at twelve years in the penitentiary.

No bills of exception appear in the record, and no statement of facts accompanies the transcript.   Nothing is before us for review.   Notwithstanding the heaviest penalty permitted upon conviction for ordinary burglary was assessed against appellant, we must presume the facts justified it.

The judgment must be affirmed.

*Affirmed.*